325 F.2d 1021
 Ludwic FUSILIER, Appellant,
v.
MISSOURI PACIFIC RAILROAD COMPANY, Appellee.
 No. 20747.
 United States Court of Appeals Fifth Circuit.
 Jan. 15, 1964.
 
 J. Nilas Young, Eunice, La., L. O. Fusilier, Ville Platte, La., for appellant.
 Edward Dubuisson, Opelousas, La., for appellee.
 Before TUTTLE, Chief Judge, GEWIN, Circuit Judge, and BREWSTER, District Judge.[1]
 PER CURIAM.
 
 
 1
 The Judgment of the trial court is affirmed.
 
 
 
 [1]
 Of the Northern District of Texas, sitting by designation